

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association as Trustee | **Order Filed on August 18, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>16-34279-CMG</u> |
| In Re:<br>      Yolanda Gibson,<br><br>Debtor. | Adv. No.:<br><br>Hearing Date: 6/7/2017 @ 10:00 a.m.<br><br>Judge: <u>Christine M. Gravelle</u> |

### ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 18, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Yolanda Gibson
Case No: 16-34279-CMG
Caption of Order: ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates Series 2007-AMC1, U.S. Bank National Association as Trustee, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 8 Ocean Avenue, Barnegat, NJ 08005, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David Semanchik, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of <u>**August 15, 2017**</u>, the automatic stay is vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in the land and premises commonly known as 147 Linda Lane, Edison, NJ 08820; and

      It is further **ORDERED, ADJUDGED and DECREED** that the 14 stay of the order under F.R.B.P. 4001(a)(3) is waived and this order shall have immediate effect; and

      It is further **ORDERED, ADJUDGED and DECREED** that after August 15, 2017, Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Yolanda D. Gibson  
     Debtor

Case No. 16-34279-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 18, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db           +Yolanda D. Gibson,    8 Ocean Ave.,    Barnegat, NJ 08005-1403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:  
              Albert    Russo     docs@russotrustee.com  
              David A. Semanchik     on behalf of Debtor Yolanda D. Gibson info@semanchiklaw.com  
              Denise E. Carlon     on behalf of Creditor     Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                       TOTAL: 4