**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

>  Case No.: 16−34279−CMG
>  Chapter: 13
>  Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yolanda D. Gibson
   dba CoCo Fresh Organics
   8 Ocean Ave.
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−3086

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: slf

>  Jeanne Naughton
>  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-34279-CMG
Yolanda D. Gibson                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Dec 21, 2017
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db              +Yolanda D. Gibson,    8 Ocean Ave.,    Barnegat, NJ 08005-1403
cr              +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
516571688       +Aargon Agency As Agent For Six Flags Membership,    Six Flags Membership,
                  8668 Spring Mountain Rd,   Las Vegas, NV 89117-4132
516567257       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
516562353      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     Pob 8099,    Newark, DE 19714)
516562342       +Daxuan Wang,   11 Walnut ST.,    Livingston, NJ 07039-2507
516562351      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                  RED BANK NJ 07701-6771
                (address filed with court: JCPL,    PO box 3687,    Akron, OH 44309)
516700010        Navient Solutions, Inc. Department of Education,    Loan Services,   P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635
516627673       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516562357       +US Bank c/o Pluese, Becker,    20000 Horizon Way Suite 900,    Mount Laurel, NJ 08054-4318
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 23:43:08     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 23:43:06     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516562338       +EDI: AFNIRECOVERY.COM Dec 21 2017 23:23:00     Afni,   Po Box 3427,
                  Bloomington, IL 61702-3427
516562339       +EDI: PHINAMERI.COM Dec 21 2017 23:23:00     AmeriCredit/GM Financial,   Po Box 183853,
                  Arlington, TX 76096-3853
516562340       +EDI: CAPITALONE.COM Dec 21 2017 23:23:00     Capital One,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
516562343       +EDI: NAVIENTFKASMDOE.COM Dec 21 2017 23:23:00     Dept Of Ed/Navient,   Attn: Claims Dept,
                  P.O. Box 9635,   Wilkes Barr, PA 18773-9635
516562345       +E-mail/Text: bknotice@erccollections.com Dec 21 2017 23:43:11     ERC/Enhanced Recovery Corp,
                  8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516562347        EDI: IRS.COM Dec 21 2017 23:23:00     Internal Revenue Service,
                  Involvency/Special Proceedings,    PO Box 7346,   Philadelphia, PA 19101-7346
516734369        EDI: JEFFERSONCAP.COM Dec 21 2017 23:23:00     Jefferson Capital Systems LLC,   Po Box 7999,
                  Saint Cloud Mn 56302-9617
516562352        EDI: JEFFERSONCAP.COM Dec 21 2017 23:23:00     Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                  Saint Cloud, MN 56303
516648264        EDI: MERRICKBANK.COM Dec 21 2017 23:23:00     MERRICK BANK,   Resurgent Capital Services,
                  PO Box 10368,   Greenville, SC 29603-0368
516802331       +EDI: MID8.COM Dec 21 2017 23:23:00     MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
516562354       +EDI: MERRICKBANK.COM Dec 21 2017 23:23:00     Merrick Bank,   Po Box 9201,
                  Old Bethpage, NY 11804-9001
516562355       +EDI: MID8.COM Dec 21 2017 23:23:00     Midland Funding,    2365 Northside Dr,   Suite 300,
                  San Diego, CA 92108-2709
516819382        EDI: PRA.COM Dec 21 2017 23:23:00     Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516562356        SLS,   8742 Lucent Blvd., Suite 300,    CO 80139
516562341*      +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516562344*      +Dept Of Ed/Navient,   Attn: Claims Dept,    P.O. Box 9635,   Wilkes Barr, PA 18773-9635
516562346*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516562348*       Internal Revenue Service,    Involvency/Special Proceedings,   PO Box 7346,
                  Philadelphia, PA 19101-7346
516562349*       Internal Revenue Service,    Involvency/Special Proceedings,   PO Box 7346,
                  Philadelphia, PA 19101-7346
516562350*       Internal Revenue Service,    Involvency/Special Proceedings,   PO Box 7346,
                  Philadelphia, PA 19101-7346
516700011*       Navient Solutions, Inc. Department of Education,    Loan Services,   P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635
                                                                                  TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 148             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

      Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert    Russo    docs@russotrustee.com
      David A. Semanchik    on behalf of Debtor Yolanda D. Gibson info@semanchiklaw.com
      Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                    TOTAL: 6